## PARRISH and Another *v.* HEIKES.

APPEAL from the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—Suit on a promissory note, dated *December* 7, 1855, due in thirteen · months, for 737 dollars, 29 cents. Judgment *October* 2, 1858, for 898 dollars, 31 cents, which was an excess of 84 dollars, 35 cents. If that sum is remitted, the judgment as to the balance will be affirmed; if not, it will be reversed; in either event at the cost of the appellee. As to all other points, this case is similar to one between the same parties at this term (1).

NOTE.—Afterwards defendant remitted 84 dollars and 35 cents of the judgment.

*J. L. Miller,* for the appellants.

*S. A. Huff* and *R. Jones,* for the appellee.

(1) *Post.*